IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02157-MEH

TERRY STRUTHERS, and
DATASOURCE CORPORATION,

    Plaintiffs,

v.

TODD BEITLER, and
REAL ESTATE INFORMATION SERVICES, INC.,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 13, 2015.**

    Defendants' Motion to Dismiss or in the Alternative Stay Proceedings [filed September 30, 2015; docket #2] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1(d), which states: "[A] motion involving a contested issue of law ***shall state under which rule or statute it is filed*** and be supported by a recitation of legal authority incorporated into the motion" (emphasis added).

    In light of this Minute Order, Defendants' Motion to Continue Scheduling Conference [filed October 9, 2015; docket #18] is **denied as moot**.