IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02157-MEH

TERRY STRUTHERS, and
DATASOURCE CORPORATION,

    Plaintiffs,

v.

TODD BEITLER, and
REAL ESTATE INFORMATION SERVICES, INC.,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 21, 2015.**

    In light of the transfer of the above-captioned case to the United States District Court for the Southern District of Florida, Plaintiffs' Motion to Vacate Stay and Set Scheduling Conference [filed December 15, 2015; docket #34] is **denied as moot**.